**Order filed September 13, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00169-CV
_____

### LAMBERT ADUMEKWE, Appellant

### V.

### NEW HAMPHIRE INSURANCE COMPANY, Appellee

**On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2010-81456**

## O R D E R

Appellant filed a document purporting to be his brief on September 4, 2012.  This court has determined that appellant has not properly presented this cause in his brief by failing to substantially comply with Rule 38 of the Texas Rules of Appellate Procedure.  In particular, appellant has failed to provide a clear and concise argument for each contention made with appropriate citations to the record and to authority.  Tex. R. App. P. 38.1(g), (i).

Accordingly, we **STRIKE** appellant's brief filed September 4, 2012.  Pursuant to Rule 38.9(b), we order appellant to file an amended brief on or before **October 11, 2012**.

If appellant fails to file an amended brief on or before October 11, 2012, as ordered herein, the appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM